UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Virgil Williams, Jr.**  **Docket No. 2:16-CR-17-1FL**

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Virgil Williams, Jr., who, upon an earlier plea of guilty to Wire Fraud, in violation of 18 U.S.C. § 1343, was sentenced by the Honorable Robert G. Doumar, Senior United States District Judge in the Eastern District of Virginia, on February 13, 2013, to the custody of the Bureau of Prisons for a term of 34 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Virgil Williams, Jr., was released from custody on September 22, 2015, at which time the term of supervised release commenced. On June 23, 2016, transfer of jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was ordered to pay a $100 special assessment and $964,965.97 in restitution. Williams was to pay installments of not less than $350 per month beginning 60 days from the inception of supervised release, until paid in full; however, the said amount could be adjusted from time to time depending upon the recommendation of the probation officer to the court. Williams has paid the $100 special assessment and $2,452.38 in restitution to date, but remains in arrears. The defendant resides with his girlfriend in Murfreesboro, North Carolina, where he shares the household financial responsibilities, in addition to monthly child support obligations. Williams has a hearing disability, which limits his employment opportunities, but he is currently working part time in Virginia, earning $8 per hour. It is respectively requested that payments be modified to $50 per month, which is consistent with his ability to pay. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay to the Clerk of Court at least $50 per month beginning 30 days from this date and continuing each month until paid in full.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield | /s/ Michael W. Dilda |
| Dwayne K. Benfield | Michael W. Dilda |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Rm 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-830-2342 |
| | Executed On: November 23, 2016 |

**Virgil Williams, Jr.**
**Docket No. 2:16-CR-17-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __28th__ day of __November__, 2016, and ordered filed and made a part of the records in the above case.

_/s/ Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge