Virgil Williams, Jr.
128 W. Woodrow School Road
Murfreesboro, NC 27855




> **Motion DENIED.**
>
> This the ____ day of _____, 20___.
>
> /s/Louise W. Flanagan, U.S. District Judge

August 29, 2017

Honorable Judge Flannigan
413 Middle Street
Newbern, NC 28560

Dear Honorable Judge Flannigan:

My name is Virgil Williams, Jr. I am respectfully submitting a motion to be considered for parole discharge. On June 12, 2015, I was released from Butner Federal Prison- Low Security, after a thirty-six-month sentence to begin a five-year term of supervised release. While incarcerated, I successfully completed all recommended courses, my restitution was paid and remained current, and my time was served without incident and with good conduct. Since my release, I have complied with the conditions and requirements of my supervision and will remain to do so. I have gainful employment, and have been since my release, apart from medical leave of absence several times due to health issues which temporarily prevented me from being able to meet my financial obligations; during those times of being without income. I have rejoined society as a positive, and ethical member. I have not had any negative law enforcement contact and continue to maintain child support obligations, as well as acquired medical bills. I have never indulged in any type of alcohol abuse or any kind of substance use or any affiliation with anyone that does.

Since I am over the one-year minimum time prescribed in Title 18, part II, chapter 227, subchapter B, section 3564(c), and in fact, over half way through my ordered sentence, and since during the entire time of my incarceration, from pre-trial, through actual incarceration, through my supervised release, I have not had a single negative incident. Thus, I respectfully request that my previously ordered term of parole be consider for discharged.

"Thank you" in advance for your time and consideration in this matter.

Respectfully submitted August 29, 2017.

*[signature]*

Virgil Williams, Jr. #2:16-CR12-FL.

Cc: Ms. Wright, Parole Officer